**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JEROME C. HARRIS, ET AL.**                                               **PLAINTIFFS**

**v.**                                       **CIVIL ACTION NO. 4:05cv176-P-A**

**COLDWELL BANKER REAL ESTATE**
**CORPORATION, ET AL.**                                                 **DEFENDANTS**

**ORDER GRANTING MEDMARC CASUALTY INSURANCE**
**COMPANY'S MOTION TO INTERVENE**

On January 4, 2008, Medmarc Casualty Insurance Company ("Medmarc") filed its *Motion to Intervene* in the above-styled civil action.

The Court has considered Medmarc's Motion and is of the opinion that Medmarc should be allowed to intervene in this proceeding pursuant to Fed. R. Civ. P. 24(b) (permissive intervention) because its proposed Complaint in Intervention and for Declaratory Judgment contains common questions of fact with the Plaintiffs' Amended Complaint.

IT IS THEREFORE ORDERED that Medmarc's Motion to Intervene [318] is hereby granted and Medmarc is allowed to intervene as a party and fully participate in Civil Action No. 4:05cv176-P-A.

IT IS FURTHER ORDERED that Medmarc has ten (10) days from the entry of this Order to file its Complaint in Intervention and any responses thereto shall be made in accordance with the Federal Rules of Civil Procedure and the Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi.

SO ORDERED by this Court, this the 5th day of February, A.D., 2008.

                                                                                                          /s/ W. Allen Pepper, Jr.
                                                                                                          W. ALLEN PEPPER, JR.
                                                                                                          UNITED STATES DISTRICT JUDGE